**No. 40301.**—Protests 162842–G, etc., of Henri De Magnin Co. et al (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of yarns in chief value of artificial silk similar to that involved in Abstract 39472. The claim at 40 cents per pound under paragraph 31 was therefore sustained.

**No. 40302.**—Protest 64236–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consisting of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40303.**—Protests 711704–G (A), etc., of Akawo & Co., Ltd., et al. (San Francisco, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40304.**—Protests 731151–G, etc., of Advance Solvents & Chemical Corp. et al. (Baltimore and Boston).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40305.**—Protests 738274–G, etc., of F. W. Berk & Co., Inc., et al. (Norfolk, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40306.**—Protests 772354–G, etc., of S. Sawamura et al (Honolulu, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40307.**—Protests 793087–G (B), etc., of Akawo & Co. et al. (Portland, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40308.**—Protests 866587–G, etc., of Certain-teed Products Corp. et al. (Buffalo, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.